# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| AMY CRAIN AND KENNETH CRAIN, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-00710-O |
| BANKERS STANDARD INSURANCE COMPANY AND BENJAMIN CAREY, | § § § § | |
| Defendants. | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Amy Crain and Kenneth Crain ("Plaintiffs") and Defendants Bankers Standard Insurance Company and Benjamin Carey (collectively, "Defendants") have reached a settlement in principle in this matter.

Plaintiffs and Defendants are in the process of preparing and finalizing the settlement documents. The Parties expect to file a Joint Motion to Dismiss With Prejudice by August 20, 2024.

Respectfully submitted,

By: /s/ George B. Murr (with permission)
    George B. Murr
    Texas Bar No. 00794348
    murr@my-lawyers.com

**MURR LAW, P.L.L.C.**
4101 Washington Avenue
Houston, TX  77007
Telephone: 713-966-6141
Facsimile:     713-588-2414

**ATTORNEY FOR PLAINTIFFS AMY CRAIN AND KENNETH CRAIN**

-and-

By: /s/ Eric K. Bowers
    Eric K. Bowers
    Texas Bar No. 24045538
    ebowers@zellelaw.com
    Claire A. Fialcowitz
    Texas Bar No. 24126181
    cfialcowitz@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:     214-742-3000
Facsimile:     214-760-8994

**ATTORNEYS FOR DEFENDANT BANKERS STANDARD INSURANCE COMPANY**

Dated: June 24, 2024

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing document was served on all counsel of record on June 24, 2024, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE as follows:

George B. Murr
murr@my-lawyers.com
MURR LAW, P.L.L.C.
4101 Washington Avenue
Houston, TX  77007
Telephone:     713-966-6141
Facsimile:      713-588-2414

***Attorney for Plaintiffs Amy Crain and Kenneth Crain***

                                        */s/ Eric K. Bowers*
                                        Eric K. Bowers