UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMY CRAIN, ET AL.,**

   Plaintiff,

v.                                                                                       No. 4:23-cv-0710-P

**BANKERS STANDARD INSURANCE COMPANY, ET AL.,**

   Defendants.

# ORDER

   On June 24, 2024, the Parties told the Court they have "reached a settlement in principle of this matter," subject only to the finalization of settlement documents. ECF No. 30 at 1. The Settlement Notice represented that the Parties "are in the process" of finalizing those documents. *Id.* And that they will file a motion to dismiss after. *Id.* But formal dismissal papers are a procedural technicality, not a substantive legal requirement. What matters is that the Parties have reached a meeting of the minds vis-à-vis settlement of this action. Accordingly, acting upon the Parties' representation that this dispute has been settled, the Court **ORDERS** that the above-styled civil action is **DISMISSED with prejudice**.

   **SO ORDERED** on this **25th day** of **June 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE